IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

    Plaintiff(s),

v.

NOFFSINGER MANUFACTURING, CO., INC., a Colorado corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference [filed September 8, 2005] is **GRANTED** as follows:

    The Scheduling Conference set for September 22, 2005 is *vacated and reset* to **October 3, 2005 at 9:00 a.m.** in Courtroom A501.  The proposed Scheduling Order is due on or before **September 28, 2005.**

Dated:  September 15, 2005