IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

     Plaintiff(s),

v.


NOFFSINGER MANUFACTURING, CO., INC., a Colorado corporation,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 14, 2006

     IT IS HEREBY **ORDERED** that Doc # 29, Plaintiff's Motion to Compel Discovery, is **denied without prejudice** for the failure of plaintiff's counsel to confer with defense counsel prior to filing the motion.  Faxes or emails or letters to opposing counsel do not meet the local rule's requirement that counsel confer about a motion before filing it.  See D.C. Colo. L.Civ.R. 7.1.A.