IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

     Plaintiff(s),

v.


NOFFSINGER MANUFACTURING, CO., INC., a Colorado corporation,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Pretrial Order [filed August 17, 2006; Doc. No. 47] is **GRANTED** as follows:

     Plaintiff's amended exhibit list attached as Exhibit C to his motion is to be substituted for plaintiff's exhibit list attached to the final pretrial order (Doc. No. 44).

Dated:  August 22, 2006