IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

    Plaintiff,

v.

NOFFSINGER MANUFACTURING CO., INC., a Colorado corporation,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE TRIAL BRIEF**

---

This matter comes before the Court on Plaintiff's Motion for Leave to File Trial Brief (Dkt. #53).  Good cause having been shown, the Court hereby

ORDERS that the motion is GRANTED.  Plaintiff's Trial Brief is due on or before October 5, 2006.

DATED:  September 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge