IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

    Plaintiff,

v.

NOFFSINGER MANUFACTURING CO., INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant's Unopposed Motion for Leave to File Trial Brief (Dkt. #55) is GRANTED. The Court hereby ORDERS that defendant's Trial Brief is due on or before October 5, 2006.

    DATED: September 8, 2006