### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: October 3, 2006

Civil Action No. 05-cv-00308-PSF-PAC

*Parties:*

RODNEY H. ENRIQUES,

    Plaintiff,

v.

NOFFSINGER MANUFACTURING CO., INC.,  
a Colorado corporation,

    Defendant.

*Counsel:*

Nora Kelly  
Holli Colburn

Julie Trent  
Andres Guevara

_____

### COURTROOM MINUTES
_____

HEARING: Final Trial Preparation Conference

**8:34 a.m.     Court in session.**

Proposed Jury Instructions and Defendants' Proposed *Voir Dire* Questions received by the Court.

**ORDER:**     Defendant's Motion *in Limine* to Exclude Certain Testimony of Plaintiff **(50)** is **taken under advisement.**

**ORDER:**     Defendant's Motion *in Limine* to Exclude the Testimony of Certain of Plaintiff's Witnesses at Trial **(51)** is **taken under advisement.**

**ORDER:**     Plaintiff's Motion *in Limine* **(52)** is **taken under advisement.**

**ORDER:**     Plaintiff's Oral Motion for Sequestration of Witnesses is **granted.**

The case will be tried to a jury of 12.

The parties are allowed 15 minutes per side for *voir dire*.

Trial will start at **9:00 a.m., October 10, 2006.**

Counsel are directed to be in court one-half hour prior to trial to review the Trial Checklist with the courtroom deputy.

**DEADLINES/HEARING:**
Statement of Undisputed Facts due **October 6, 2006.**
Defendant's *Daubert* motion shall be filed by **October 4, 2006, 5:00 p.m.**
*Daubert* hearing set for **October 5, 2006, at 2:00 p.m.**

**9:56 a.m.     Court in recess/hearing concluded.**

Total in-court time: 00:22.