IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00308-PSF-PAC

RODNEY H. ENRIQUES,

    Plaintiff,

v.

NOFFSINGER MANUFACTURING CO., INC., a Colorado corporation,

    Defendant.

## ORDER TO VACATE *DAUBERT* HEARING

This matter is before the Court on defendant's Unopposed Motion To Vacate *Daubert* Hearing (Dkt. # 63).  Having considered the motion and otherwise being fully advised in the premises, it is hereby

ORDERED that the motion is GRANTED.  The *Daubert* hearing currently scheduled for October 5, 2006 at 2:00 p.m. is VACATED.

DATED: October 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge