IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-0308-PSF-PAC

RODNEY H. ENRIQUES,

    Plaintiff,

v.

NOFFSINGER MANUFACTURING CO., INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

This matter is before the Court on all parties' Stipulated Motion to Dismiss with Prejudice (Dkt. # 67). The Court being fully advised, hereby

GRANTS the motion and ORDERS that this case is DISMISSED WITH PREJUDICE, each party to bear his or its own costs and fees.

DATED: October 30, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge